*K. Chapman* for petitioner. *Nathaniel L. Goldstein*, Attorney General of New York, *Wendell P. Brown*, Solicitor General, and *Herman N. Harcourt* and *Raymond B. Madden*, Assistant Attorneys General, for respondent. ▇

No. 133, Misc. ODELL *v.* HUDSPETH, WARDEN. C. A. 10th Cir. Certiorari denied. ▇

No. 135, Misc. FORD *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. *Tyrah Ernest Maholm* for petitioner. ▇

No. 138, Misc. BYERS *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 141, Misc. EAGLE *v.* CHERNEY ET AL. Court of Appeals of New York. Certiorari denied. ▇

No. 148, Misc. HAWTHORNE *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 154, Misc. SHOLTER *v.* CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 173, Misc. KONIGSBERG *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 175, Misc. POTTER *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.